**JUDGE KAPLAN**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,     :

       - v -                     :

U.S. BANCORP,                 :

           Defendant.     :

- - - - - - - - - - - - - - - x

**18 CRIM 150**

NOTICE OF INTENT TO
FILE AN INFORMATION

      Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
           February 15, 2018

                        GEOFFREY S. BERMAN
                        United States Attorney

            By: _____
                NIKETH VELAMOOR / JONATHAN COHEN
                Assistant United States Attorneys

AGREED AND CONSENTED TO:

            By: _____
                BOYD M. JOHNSON, III, ESQ.
                SAMUEL W. SEYMOUR, ESQ.
                Attorneys for U.S. Bancorp

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/15/18