UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,         :

      - v -                       :       18 Cr. ___

U.S. BANCORP,                     :       18 CRIM 150

          Defendant.      :

- - - - - - - - - - - - - - - x

        The above-named defendant, who is accused of violating Title 31, United States Code, Sections 5318(g), 5318(h) and 5322(a) and (c), and Title 31, Code of Federal Regulations, Sections 1020.210 and 1020.320, being advised of the nature of the charges and of its rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

        /s/ _____
        U.S. Bancorp
        Defendant

        /s/ _____
        Witness

        /s/ _____
        Boyd M. Johnson, III, Esq.
        Samuel W. Seymour, Esq.
        Counsel for Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: FEB 2 2 2018

Date:   New York, New York
       February 22, 2018