UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
United States of America,

        v.

U.S. Bancorp,

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

Cr. Action No. 18-150

**NOTICE OF APPEARANCE**

**TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD**:

    PLEASE TAKE NOTICE that the undersigned hereby enters his appearance as counsel in this action for U.S. Bancorp.  I certify that I am admitted to practice in this court.

Dated: New York, New York
       February 26, 2018

Respectfully submitted,

  /s/ Anjan Sahni_____
Anjan Sahni
Wilmer Cutler Pickering Hale and Dorr LLP
7 World Trade Center
250 Greenwich Street
New York, NY 10007
Tel: (212) 230-8800
Fax: (212) 230-8888

*Attorney for Defendant U.S. Bancorp*