USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2-13-2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA : NOLLE PROSEQUI

- v. - : 18 Cr. 150 (LAK)

U.S. BANCORP,

           Defendant.

- - - - - - - - - - - - - - - - - -x

    1.    The filing of this *nolle prosequi* will dispose of this case with respect to defendant U.S. BANCORP.

    2.    On February 22, 2018, Felony Information 18 Cr. 150 (LAK) (the "Information") was filed, charging defendant U.S. BANCORP in two counts: first, with willfully failing to maintain an adequate anti-money laundering program, in violation of Title 31, United States Code, Sections 5318(h) and 5322(a) and (c), and Title 31, Code of Federal Regulations, Section 1020.210; and with willfully failing to file a Suspicious Activity Report, in violation of Title 31, United States Code, Sections 5318(g) and 5322(a) and (c) and Title 31, Code of Federal Regulations, Section 1020.320.

    3.    In connection with the filing of the Information, the defendant and the Government present to the Court a Deferred Prosecution Agreement executed by both parties on February 12, 2018 (the "Agreement"). Pursuant to the Agreement, prosecution

on the Information was to be deferred for a period of two years, and the Government would move to dismiss the Information within 30 days of the completion of the deferred prosecution period, as long as defendant U.S. BANCORP complied with its obligations under the Agreement. On February 22, 2018, the Court excluded time under the Speedy Trial Act until February 12, 2020.

4. The Government has determined that defendant U.S. BANCORP has complied with its obligations under the Agreement during the deferred prosecution period, and, therefore, will not now proceed with the prosecution of U.S. BANCORP.

5. In light of the foregoing, I recommend that an order of *nolle prosequi* be filed as to defendant U.S. BANCORP with respect to Indictment 18 Cr. 150 (LAK).

_____
Alexander J. Wilson
Assistant United States Attorney

Dated: New York, New York
February 12, 2020

Upon the foregoing recommendation, I hereby direct, with leave of the Court, that an order of *nolle prosequi* be filed as to defendant U.S. BANCORP with respect to Information 18 Cr. 150 (LAK).

_____
GEOFFREY S. BERMAN
United States Attorney
Southern District of New York

Dated:     New York, New York
           February 12, 2020


SO ORDERED:

_____
HON. LEWIS A. KAPLAN
United States District Judge
Southern District of New York

Dated:     New York, New York
           2/13, 2020

3